# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SHONYA HUGHES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-CV-00788-ALM-AGD |
| | § | |
| EXPERIAN INFORMATION SOLUTIONS, INC. et al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Orders of Dismissal (Dkt. #36; Dkt. #37), the Court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED** that all of Plaintiff Shonya Hughes' claims against Defendant Experian Information Solutions, Inc. are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all of Plaintiff Shonya Hughes' claims against Defendant Westlake Services, LLC d/b/a Westlake Financial Services are **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

**SIGNED this 8th day of March, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE